O

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE CASILLAS,                          )    Case No. CV 14-0713-JLS (RNB)
                                        )
                Petitioner,             )    ORDER ACCEPTING FINDINGS
                                        )    AND RECOMMENDATIONS
        vs.                             )    OF UNITED STATES
                                        )    MAGISTRATE JUDGE
M.D. BITER (Warden),                    )
                                        )
                Respondent.             )
_____        )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:  1/20/15

                                        JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE