JS-6
Entered
**FILED**
CLERK, U.S. DISTRICT COURT
JAN 21 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASILLAS,<br><br>      Petitioner,<br><br>vs.<br><br>M.D. BITER (Warden),<br><br>      Respondent. | Case No. CV 14-0713-JLS (RNB)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 1/20/15

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE